IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,                          Case No. 3:09 CV 1051

                            Plaintiff,             O R D E R

                  -vs-                             JUDGE JACK ZOUHARY

Electro-Cut Forging Die Co., Inc., et al.,

                            Defendants.


        This matter is before the Court on the Magistrate's Report and Recommendation (R&R) (Doc.

No. 18).  Plaintiff filed a Motion to Modify (Doc. No. 19) and Defendant Barkan & Robon filed a

Memorandum in Opposition to the Motion to Modify (Doc. No. 20).

        The Court held a phone conference with counsel on August 2, 2010.  Counsel reached an

agreement that Defendant Barkan & Robon will have an opportunity to bid on the property though

a public sale.

        Therefore, the Motion to Modify is denied as moot.  The Court has reviewed the R&R, and

having found it legally and factually accurate, adopts the R&R in its entirety.  The parties shall

promptly submit for the Court's approval a stipulated proposed Order of Foreclosure.

        IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                                  JACK ZOUHARY
                                                  U. S. DISTRICT JUDGE

                                                  August 3, 2010